**No. 59011.**—Donalds, Ltd., Inc. *v.* United States, protests 232196–K, 247558–K, and 241951–K (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the holders of the vapex inhalers are similar in all material respects to those the subject of *Donalds Ltd., Inc.* v. *United States* (32 Cust. Ct. 310, C. D. 1619), it was held that the holders are not subject to the additional duties under section 504, and the said holders, together with their containers, are properly dutiable at 12½ percent under paragraph 5, as modified, *supra*.